

**ORDERED in the Southern District of Florida on September 30, 2019.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:   CASE NO.: 19-17561-RAM
PEDRO M. MENDEZ   CHAPTER 13
    Debtors,
_____/

## ORDER GRANTING EMERGENCY MOTION TO ALLOW SALE OF PROPERTY, DE 46

**THIS CAUSE** having come before the court on September 26, 2019, at 2:30 pm upon the Debtor's, Emergency Motion to Allow Sale of Property ( **DE 46** ), having been advised on the premises, this court having considered the basis for the motion, no opposition being heard, and being otherwise duly advised in the premises, hereby **ORDERED** as follows:

1. The Motion (**DE 46**) is hereby **GRANTED**.

2. The Debtor is allowed to sell the property located at 3010 NW 16 Street, Miami, FL 33125 and legally described as:

**LOT 8, LESS THE WEST 49 FEET, THEREOF, AND THE WEST 24 FEET OF LOT 9, BLOCK 4, KEW GARDENS, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 8, AT PAGE 9 OF THE PUBLIC RECORDS OF MIAMI DADE COUNTY, FLORIDA**
**Parcel Identification Number 01-3133-024-0590**

3. The Debtor will provide copy of the closing statement to the Trustee.

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 547-1234 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).